USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/06/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
              :
Amarjit Singh et al.,          :
              :
              Plaintiffs,      :
              :                20-CV-6484 (JPC)
      -v-     :
              :                NOTICE OF
William Barr et al.,           :                REASSIGNMENT
              :
              Defendants.      :
              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. The conference scheduled for December 29, 2020 at 2:00 p.m. shall take place as scheduled. In light of the ongoing COVID-19 pandemic, the Court will conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

    No later than December 22, 2020, the parties are required to file on ECF a joint letter as provided in the Order issued by the Honorable Gregory H. Woods, United States District Judge, and dated September 9, 2020. By that date, the parties shall also submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan. In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion

filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 6, 2020
      New York, New York

_____
JOHN P. CRONAN
United States District Judge